**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ERIC OSEI BOATENG,                                    Case No. 26-cv-1634 (LMP/DTS)

         Plaintiff,

v.                                                              **ORDER ADOPTING**
                                                                **REPORT AND RECOMMENDATION**

LEIGH MAURSTAD and CARVER
COUNTY SHERIFF'S OFFICE,

         Defendants.

---

This matter is before the Court on the April 2, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz which recommends dismissing this action for failure to prosecute under Fed. R. Civ. P. 41(b). *See* ECF No. 4. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

**ORDER**

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1.      The R&R (ECF No. 4) is **ADOPTED IN FULL**; and

2. The complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 1, 2026

               *s/Laura M. Provinzino*
               Laura M. Provinzino
               United States District Judge